OMAR J. KRASHNA, STATE BAR NO. 214567
okrashna@yahoo.com
KRASHNA LAW FIRM
1440 Broadway, Suite 308
Oakland, CA 94612
Telephone: (510) 836-2999
Facsimile: (510) 836-2900

Attorneys for Plaintiff,
Brenda Martin

OFFICE OF THE GENERAL COUNSEL
ERIC M. ALDERETE, STATE BAR NO. 199565
eric.alderete@usbank.com
U.S. BANK NATIONAL ASSOCIATION
3121 Michelson Drive, 5th Floor
Irvine, CA 92612
Telephone: (949) 798-6781
Facsimile: (949) 798-4258

Attorneys for Defendant
U.S. Bank National Association, Successor in
Interest to the Federal Deposit Insurance
Corporation as Receiver for Downey Savings and
Loan Association, F.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA MARTIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation and DOES 1 through 20, inclusive,<br><br>Defendant(s). | Case No. 09-CV-05620 JL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [FRCP, Rule 41(a)]**<br><br><br>Judge: Hon. James Larson<br><br>[Complaint Filed: August 10, 2009] |

1  TO THE HONORABLE JAMES LARSON:

2      The parties of the above-captioned matter hereby stipulate to dismissal with prejudice
3  of this action in its entirety, with each party to bear their own costs and fees.

4                                    Respectfully submitted,

5  Dated: December 3, 2009        KRASHNA LAW FIRM

7                                By:   /s/ Omar J. Krashna (as authorized
                                on 12/3/09, original signature retained by attorney)
8                                  Omar J. Krashna
                                Attorney of Record for Plaintiff,
9                                Brenda Martin

11  Dated:  December 3, 2009       OFFICE OF THE GENERAL COUNSEL

13                                By:   /s/Eric M. Alderete
                                  ERIC M. ALDERETE
14                                Attorney of Record for Defendant,
                                U.S. Bank National Association, Successor in
15                                Interest to the Federal Deposit Insurance
16                                Corporation as Receiver for Downey Savings and
                                Loan Association, F.A.

18                                **ORDER**

20     IT IS HEREBY ORDERED that this matter may be, and it hereby is, dismissed with prejudice, in its entirety.

21  DATED: 12/4/09

23                                HONORABLE JAMES LARSON,
24                                JUDGE OF THE UNITED STATES DISTRICT COURT